```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 14499
   CARLOS R BURGOS
   JENNIFER M BURGOS                           CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6397      SSN XXX-XX-2990


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 11/07/2006 and was confirmed 01/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/29/2009.
-----------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG          .00              .00             .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE          .00              .00             .00
AMERICAN HONDA FINANCE C SECURED VEHIC     18305.64          2534.18         6293.31
AMERICAN HONDA FINANCE C UNSECURED        NOT FILED              .00             .00
AMERICAN GENERAL FINANCE SECURED VEHIC      2400.00           207.47         1307.00
AMERICAN GENERAL FINANCE UNSECURED           646.05              .00             .00
WELLS FARGO AUTO FINANCE SECURED NOT I          .00              .00             .00
WELLS FARGO AUTO FINANCE UNSECURED        NOT FILED              .00             .00
TURNER ACCEPTANCE        SECURED NOT I          .00              .00             .00
TURNER ACCEPTANCE        UNSECURED        NOT FILED              .00             .00
CAPITAL ONE              UNSECURED           534.47              .00             .00
CAPITAL ONE              UNSECURED           566.27              .00             .00
CAPITAL ONE              UNSECURED           505.08              .00             .00
CIRCUIT CITY             UNSECURED          3139.68              .00             .00
FORD MOTOR CREDIT        UNSECURED          3697.37              .00             .00
HOUSEHOLD FINANCE CORP   UNSECURED          8627.74              .00             .00
ECAST SETTLEMENT CORP    UNSECURED           794.62              .00             .00
MEDICAL COLLECTIONS      UNSECURED        NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED        NOT FILED              .00             .00
SBC ILLINOIS             UNSECURED        NOT FILED              .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED          1059.72              .00             .00
WELLS FARGO FINANCIAL IL SECURED             515.96            38.49          468.93
WELLS FARGO FINANCIAL IL UNSECURED            81.60              .00             .00
BALLYS TOTAL FITNESS     UNSECURED        NOT FILED              .00             .00
CHRSIT HOSPITAL          UNSECURED        NOT FILED              .00             .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED              .00             .00
PAY DAY LOAN STORE       UNSECURED        NOT FILED              .00             .00
US PAYDAY LOAN           UNSECURED        NOT FILED              .00             .00
AT&T                     UNSECURED           152.95              .00             .00
AMC MORTGAGE SERVICES    NOTICE ONLY      NOT FILED              .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           444.00              .00             .00
RESURGENT CAPITAL SERVIC UNSECURED              .00              .00             .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 14499 CARLOS R BURGOS & JENNIFER M BURGOS
```

```
ILLINOIS DEPT OF HUMAN S   UNSECURED          452.00                .00              .00
DAVID M SIEGEL             DEBTOR ATTY      2,624.00                            2,623.76
TOM VAUGHN                 TRUSTEE                                                964.36
DEBTOR REFUND              REFUND                                                    .00
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                14,437.50

PRIORITY                                           .00
SECURED                                       8,069.24
    INTEREST                                  2,780.14
UNSECURED                                          .00
ADMINISTRATIVE                                2,623.76
TRUSTEE COMPENSATION                            964.36
DEBTOR REFUND                                      .00
                       ---------------    ---------------
TOTALS                 14,437.50              14,437.50
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
    Dated: 03/05/09               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```